UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILLER MARINE SERVICES, INC.,

      Plaintiff,

 -against-

TRAVELERS PROPERTY CASUALTY
INSURANCE CO. et al.,

      Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5679 (ILG)

A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on September 23, 2005, granting defendants' motion for summary judgment in its entirety; denying plaintiff's cross-motion for summary judgment; and directing the Clerk of Court to enter judgment for the defendants; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; that plaintiff's cross-motion for summary judgment is denied; and that judgment is hereby entered for the defendants.

Dated: Brooklyn, New York
   September 26, 2005

                     ROBERT C. HEINEMANN
                     Clerk of Court